**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2668-21

VICTOR RODRIGUEZ-
ROMERO,

     Petitioner-Respondent,

v.

PRIORITY COMPACTOR
REPAIR, LLC.,

     Respondent-Appellant.

_____

<div style="margin-left:2em">

Submitted March 4, 2024 – Decided March 11, 2024

Before Judges Sabatino and Vinci.

On appeal from the New Jersey Department of Labor and Workforce Development, Division of Workers' Compensation, Claim Petition No. 2019-36377.

Capehart & Scatchard, PA, attorneys for appellant (Claire Y. Ringel and Alexis Maria Rose, on the briefs).

Gertner Murphy LLC, attorneys for respondent (Ryan J. Murphy, of counsel and on the briefs).

</div>

PER CURIAM

We have been advised that his matter has been resolved and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-2668-21